UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

LAVERNE S. FAYSON, )
)
    Plaintiff, )
) NO. 1:23-CV-01060-GBW-SRF
v. )
)
MARTIN O'MALLEY,[1] )
Commissioner of Social Security, )
)
    Defendant. )

## ORDER

AND NOW, this 9th day of January, 2024, upon consideration of the Defendant's Motion to Remand, and any response thereto, it is hereby ORDERED that the Motion is granted, and this case is remanded to Defendant for further administrative proceedings consistent with the Defendant's motion.

This remand is ordered pursuant to the fourth sentence of 42 U.S.C. § 405(g). This is a final Order. This case is hereby closed on the Court's docket.

BY THE COURT:

_____ J.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).